KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

TRACIE L. BROWN (CSBN 184339)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, CA 94102
   Telephone: (415) 436-6917
   Facsimile:  (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 05 0427 JSW |
|---|---|---|
| Plaintiff, | ) | [PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM JULY 13, 2005 TO JULY 28, 2005 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| v. | ) | |
| RONALD DUNCAN, | ) | |
| Defendant. | ) | |

    The parties appeared before the Court on July 13, 2005. the Court enters this order scheduling an initial appearance date of July 28, 2005, at 2:30 p.m., before the Honorable Jeffrey S. White, and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), from July 13, 2005 to July 28, 2005. The parties agreed, and the Court found and held, as follows:

    1. The defendant agreed to an exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would deny the defendant continuity of counsel.

//

STIPULATION AND ORDER
CR 05-0427 JSW

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from July 13, 2005 to July 28, 2005, outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from July 13, 2005 to July 28, 2005, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

4. The Court scheduled an initial appearance date of July 28, 2005, at 2:30 p.m., before the Honorable Jeffrey S. White.

IT IS SO STIPULATED.

DATED: 7/14/05

TRACIE L. BROWN
Assistant United States Attorney

DATED: 7/15/05

RONALD TYLER
Attorney for Ronald Duncan

IT IS SO ORDERED.

DATED: 7/20/05

THE HON. ~~EDWARD M. CHEN~~ NANDOR VADAS
United States Magistrate Judge

STIPULATION AND ORDER
CR 05-0427 JSW

2