
# PROPOSED ORDER/COVER SHEET

**TO:** Honorable Edward M. Chen  
U.S. Magistrate Judge

**RE:** Ronald Duncan

**FROM:** Claudette M. Silvera, Chief  
U.S. Pretrial Services Officer

**DOCKET NO.:** CR 05-0427 JSW

## THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Anthony R. Granados  
U.S. Pretrial Services Officer

415-436-7520  
**TELEPHONE NUMBER**

**RE: MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☒ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. __C__ on __12/14/05__ at __9:30 AM__.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:  
Magistrate Judge_____ Presiding District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

Modification(s)

A.

B.

☐ Bail Revoked/Bench Warrant Issued.

I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

Other Instructions:

_____  
**JUDICIAL OFFICER**

__12/7/05__  
**DATE**

Cover Sheet (12/03/02)