E-Filing

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RONALD DUNCAN,

    Defendant.

No. CR 05-0427 JSW (EMC)

**DETENTION ORDER**

A bail review hearing was held in the above-captioned matter on December 14, 2005 based on alleged violations of the defendant's pretrial release. The allegations are set forth in detailed memoranda dated November 29, 2005 and December 5, 2005 from the United States Pretrial Services office. Subsequent to the bail review hearing, a further memorandum of alleged violations was submitted to the Court on December 15, 2005. Accordingly, pursuant to Title 18 U.S.C. § 3148, the defendant's pretrial release is hereby revoked. He is ordered to surrender to the United States Marshal's Service on the 20th floor of the Burton Federal Building, 450 Golden Gate Avenue, San Francisco no later than 5:00 p.m. on December 16, 2005. If the defendant fails to surrender as ordered, the Court shall issue a warrant for his arrest forthwith.

IT IS SO ORDERED.

DATED: 12/16/05

_____
EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE

DETENTION ORDER
*U.S. V. Duncan* CR 05-0427 JSW (EMC)     - 1 -