# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Docket Number: CR 05-00427-JSW |
| vs. ) | |
| Ronald Duncan ) | |

**ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE**

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for ___February 9, 2006___ be continued until ___March 30, 2006___ at ___2:30 p.m.___.

Date: __JAN 2 6 2006__

Jeffrey S. White
United States District Judge

cc: E. Ann Searles, US Probation

NDC-PSR-009 12/06/04