IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

RONALD DUNCAN,

    Defendant.

No. CR 05-00427-1 JSW

**ORDER DENYING STIPULATION TO CONTINUE SENTENCING HEARING WITHOUT PREJUDICE**

The Court has received the parties' stipulation and proposed order to continue the sentencing set for March 30, 2006. Based upon the previous submission by the Probation Officer and the current stipulation, the Court does not find good cause to continue the hearing. This Order is without prejudice to the Defendant making a showing of good cause to continue the March 30, 2006 date.

**IT IS SO ORDERED.**

Dated: January 30, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE