IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RONALD DUNCAN,<br><br>Defendant. | No. CR 05-0427 JSW<br><br>STIPULATION AND ORDER CONTINUING HEARING |

### STIPULATION

The parties agree to continue the sentencing hearing in the above-captioned matter from March 30, 2006 until April 20, 2006 at 2:30 p.m. The continuance is necessary because defense counsel is required to take annual leave during the time previously set for sentencing. Assistant United States Attorney Tracie Brown and Probation Officer Ann Searles have been contacted and have no objection to continuing the hearing in this matter.

**IT IS SO STIPULATED.**

DATED: February 16, 2006          /S/
                                  RONALD TYLER
                                  Assistant Federal Public Defender
                                  Counsel for Ronald Duncan


DATED: February 16, 2006          /S/
                                  TRACIE BROWN
                                  Assistant United States Attorney

- 1 -

**ORDER**

For the foregoing reasons, the sentencing hearing in this matter is continued until April 20, 2006 at 2:30 p.m.

IT IS SO ORDERED.

DATED: February 22, 2006

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

STIP & ORDER CONTINUING
SENTENCING HEARING
*United States v. Ronald Duncan*
CR 05-0427 JSW                              - 2 -